IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE A. CHRUSTOWSKI,          )
                               )
            Plaintiff,         )
                               )
      v.                       )   C.A. No. 25-905-CFC
                               )
CHRISTIANA CARE HOSPITAL,       )
*et al.*,                      )
                               )
                               )
            Defendants.        )

## MEMORANDUM ORDER

At Wilmington on this 26th day of June in 2026,

1. Plaintiff Renee A. Chrustowski has filed in this Court numerous lawsuits raising claims or issues regarding discrimination, harassment, assault, identity theft, or related civil violations and criminal offenses that contain frivolous legal arguments and are vexatious and abusive of the judicial process.

2. As a result of these filings, on May 19, 2026, the Court ordered Plaintiff to show cause why she should not be enjoined from filing any complaint, lawsuit, or petition for writ of mandamus, raising claims or issues regarding discrimination, harassment, assault, identity theft, or related civil violations and criminal offenses. Plaintiff was given until June 23, 2026 to respond to the show cause order. D.I. 6 in C.A. No. 1:25-cv-905-CFC.

3.      A district court has the power to enjoin vexatious litigants from filing meritless pleadings where the pleadings raise issues identical or similar to those that have already been adjudicated. *See* 28 U.S.C. § 1651; *Matter of Packer Ave. Assoc.*, 884 F.2d 745, 747 (3d Cir. 1989); *Yadav v. Surtees*, 87 F. App'x 271 (3d Cir. Jan. 27, 2004). The Court, in considering enjoining Plaintiff as a vexatious litigant from future litigation, provided her sufficient notice and an opportunity to be heard in the form of a show cause order entered May 19, 2026. *See Brow v. Farrelly*, 994 F.2d 1027, 1038 (3d Cir. 1993).

4.      Plaintiff has not filed a response to the May 19, 2026 show cause order.

NOW THEREFORE, it is HEREBY ORDERED that:

1.      Plaintiff is enjoined from filing without prior authorization of the Court any complaint, lawsuit, or petition for writ of mandamus that raises claims or issues regarding discrimination, harassment, assault, identity theft, or related civil violations and criminal offenses.

2.      Plaintiff must file a motion for leave to file with any new complaint, lawsuit, or petition for writ of mandamus that she proposes to file, and she must attach to any such motion a copy of this Memorandum Order.

3.      Plaintiff must also attach as an exhibit to any such motion for leave to file a declaration prepared pursuant to 28 U.S.C. § 1746 or a sworn

2

affidavit certifying that (a) the document Plaintiff proposes to file raises a new issue that has never been previously raised by Plaintiff in this or any other court, (b) the claim or issue is not frivolous, and (c) the document is not filed in bad faith.

4.    The Court shall deny any motion for leave to file if the proposed document is frivolous, vexatious, or harassing.  The failure to comply with this Memorandum Order shall be sufficient grounds for the Court to deny any motion for leave to file.

5.    No document submitted by Plaintiff to the Court shall be accepted as filed prior to Plaintiff obtaining leave to file that document unless the document is specifically identified as a motion for leave to file and contains (a) an affidavit or sworn declaration as required by this Memorandum Order and (b) a copy of this Memorandum Order.

6.    The Clerk's Office shall not accept any filing fees, cover sheets, applications for leave to proceed without prepayment of fees, summonses, or U.S. Marshals forms in connection with a motion for leave to file unless and until leave is granted.

_____
Chief Judge